UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOHN FABIAN, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:22-cv-00005<br>) |
| THE TRUSTEES OF PURDUE UNIVERSITY, MITCHELL DANIELS JR., IN HIS OFFICIAL CAPACITY, DR. ANIL K. BAJAJ IN HIS OFFICIAL CAPACITY, AND DR. NICOLE KEY IN HER OFFICIAL CAPACITY, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## APPEARANCE

Colleen E. Naumovich of the law firm of Barnes & Thornburg LLP hereby enters her Appearance on behalf of Defendants the Trustees of Purdue University, Mitchell Daniels, Jr., Dr. Anil K. Bajaj, Dr. Nicole Key.

Dated:  July 29, 2022.

Respectfully submitted,

*/s / Colleen E. Naumovich*
Colleen E. Naumovich
Attorney No. 36229-41
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    (317) 231-6408
Facsimile:     (317) 231-7433
Colleen.Naumovich@btlaw.com

*Attorney for Defendants*